IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Curtis Glawe, | No. CV 18-1282-PHX-JAS (JR)) |
| Plaintiff, | **ORDER** |
| vs. | |
| Carpenter, Hazlewood, Delgado & Bolen PLC, et al. | |
| Defendants. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Rateau that recommends granting Defendants' motion for summary judgment. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Rateau's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Rateau's Report and Recommendation (Doc. 56) is accepted and adopted.

(2) Defendants' motion for summary judgment (Doc. 40) is granted.

(3) This case is dismissed with prejudice. The Clerk of the Court shall enter judgment and close the file in this case.

DATED this 20th day of September, 2019.

_____
James A. Soto
United States District Judge